ORDER for the Full Commission by DIANNE C. SELLERS, Commissioner, N.C. Industrial Commission.
 ***********
As plaintiff has failed to allege injuries as a result of specific acts of negligence on the part of specific agents, officers, or employees of defendant, plaintiff fails to state a claim for which relief may be granted under N.C. Gen. Stat. § 143-291 et seq., and the Commission lacks jurisdiction over this claim.
Accordingly, plaintiff's case against defendant is hereby DISMISSED WITH PREJUDICE.
This the 21st day of November 2005.
 S/_______________ DIANNE C. SELLERS COMMISSIONER
CONCURRING:
 S/_______________ LAURA K. MAVRETIC COMMISSIONER
 S/_________________ BERNADINE S. BALLANCE COMMISSIONER